# ATTACHMENT A
## Waris Reply

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/16/2015 7:28:08 PM

CHRISTOPHER A. PRINE
Clerk



logged in as **lchampion@sbcglobal.net**





« Back to All Filings

Print Page

## Filed Date & Time

| Date: | Time: |
|---|---|
| Monday, February 23, 2015 | 8:29:06 PM |

**Filing Status Definitions**                    Envelope Information

**Envelope Number:** 4254277
**Case Category:** Civil - Other Civil
**Cause Number:** 201309984
**Judge for the Case:** Not Available

**Court Assignment:** Harris County - 133rd Civil District Court
**Case Type:** Breach Of Contract
**Case Title:** WARIS, ABDUL (INDIVIDUALLY AND AS SHAREHOLDER ON B v AZIZ, MANOWAR (INDIVIDUALLY AND D/B/A PROGRESSIVE

| Envelope Fee | Est.Amount |
|---|---|
| **ProDoc, Inc. or other provider fee:** | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| **Court Fees:** | |
| Total Court Service Fees | $2.00 |
| **State eFiling System Processing Fees:** | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | $5.40 |

### Payment Information

**Account Name:** lchampion@sbcglobal.net
**Payment Method:** Credit Card
**Credit Card Type:** AMEX
**Card Number:** XXXX XXXX XXXX 4006
**Card Expiration Date:** 03/2017
**Transaction Amount:** $5.4
**Transaction Status:** Approved
**Transaction ID:** 7001831
**Transaction Order ID:** 004254277-0

### Personal Information

**Filer:** Larry Champion
**Attorney of Record:** Larry Champion
**Firm or Organization:** Larry M. Champion, PLLC
**Bar Number:** 4086478

### Service Recipients

### Motion (No Fee)

| Filing Fees | |
|---|---|
| **Total Filing Fees:** | $0.00 |

### Filing Information

**Current Status:** ✓accepted
**Accepted Date/Time:** 2/24/2015 8:22:32 AM
**Filing Description:** Motion (No Fee)
**Reference Number:** 13-010
**Comments for Clerk:**

### Document Information

**Document(s) Filed:**
**Lead Document:**

📄 Motion to Strike or Deny.pdf **[Motions]**          **Document Description:** Motion to Strike or Deny.pdf
📄 Transmitted - Motion to Strike or Deny.pdf **[Motions]**     **Document Description:** Motion to Strike or Deny.pdf

**Attachments:**

Attachment A.pdf [**Exhibits**]　　　　　　　　　　　**Document Description:** Attachment A.pdf

Transmitted - Attachment A.pdf [**Exhibits**]　　　　**Document Description:** Transmitted - Attachment A.pdf

Attachment B.pdf [**Exhibits**]　　　　　　　　　　　**Document Description:** Attachment B.pdf

Transmitted - Attachment B.pdf [**Exhibits**]　　　　**Document Description:** Transmitted - Attachment B.pdf

Attachment C.pdf [**Exhibits**]　　　　　　　　　　　**Document Description:** Attachment C.pdf

Transmitted - Attachment C.pdf [**Exhibits**]　　　　**Document Description:** Transmitted - Attachment C.pdf

Order re Notice of Appeal.pdf [**Orders/Judgments**]　　**Document Description:** Order re Notice of Appeal.pdf

Transmitted - Order re Notice of Appeal.pdf
[**Orders/Judgments**]　　　　　　　　　　　　　**Document Description:** Transmitted - Order re Notice of Appeal.pdf

| Motion (No Fee) |
|---|

| Filing Fees | Filing Information |
|---|---|
| **Total Filing Fees:** $0.00 | **Current Status:** ✔ accepted |
| | **Accepted Date/Time:** 2/24/2015 8:22:32 AM |
| | **Filing Description:** Motion (No Fee) |
| | **Reference Number:** 13-010 |
| | **Comments for Clerk:** |

| Document Information |
|---|

**Document(s) Filed:**

**Lead Document:**

Motion to Show Authority.pdf [**Motions**]　　　　　**Document Description:** Motion to Show Authority.pdf

Transmitted - Motion to Show Authority.pdf [**Motions**]　**Document Description:** Motion to Show Authority.pdf

-

This site and all contents Copyright ©2003-2015 Thomson Reuters. All rights reserved.

**Loading...**